UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-00482 JGB (SPx) | Date | June 13, 2013 |
| Title | Andre Robinson v. One West Bank FSB, et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   Order to Show Cause re: Late Opposition (IN CHAMBERS)

On May 20, 2013, Defendants One West Bank, FSB, Mortgage Electronic Systems, Inc., Indymac Indx Mortgage Loan Trust 2006-AR14, Indymac MSB, Inc., and Aztec Foreclosure Corporation (collectively, "Defendants") filed a motion to dismiss Plaintiff Andre Robinson's First Amended Complaint. ("Motion," Doc. No. 16.)  The Motion was set for hearing on June 24, 2013. (Motion at 1.)  Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the Motion.  Plaintiff's opposition was due no later than June 3, 2013.  Plaintiff filed his opposition on June 9, 2013, one week after the due date. ("Opp'n," Doc. No. 18.)  No explanation or excuse for the delay was provided.

The Court ORDERS Plaintiff to show cause, on or before **Monday, June 17, 2013**, why the Court should not strike Plaintiff's untimely opposition and treat Defendants' Motion as unopposed.  See Local Rule 7-12 ("The failure to file any required paper, or failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").  Failure to timely respond to this Order may result in the Motion being treated as unopposed and the action being dismissed without prejudice.

The Court CONTINUES the June 24, 2013 hearing on the Motion to **July 1, 2013, at 9:00 a.m.,** pending the outcome of the Order to Show Cause.  Due to Plaintiff's untimely opposition, Defendants have until June 17, 2013 to file a reply.

**IT IS SO ORDERED.**